A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Oct 30, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
OCT 3 0 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 14, 2009

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 30, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
Clerk of Court
BY: Deborah Reiss
Deputy Clerk
Date 10/30/09

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2100

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 09-4600 | Amy E. Funderburk, et al. v. Bayer Corp., et al. |
| CAN 3 09-4601 | Emily Trujillo v. Bayer Corp., et al. |
| CAN 3 09-4725 | David W. Mann, et al. v. Bayer Corp., et al. |
| **GEORGIA MIDDLE** | |
| GAM 3 09-114 | Latoya Wise v. Bayer Corp., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 09-5643 | Kimberly Kirk v. Bayer Corp., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 09-6667 | Monique Lafontaine v. Bayer Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 09-3961 | Anna Butler v. Bayer Corp., et al. |
| NYE 1 09-4139 | Wendy Gute v. Bayer Corp., et al. |
| NYE 1 09-4236 | Cindy Osorio, et al. v. Bayer Corp., et al. |
| NYE 2 09-3838 | Ambur Tiller, et al. v. Bayer Pharmaceuticals Corp., et al. |
| **OHIO NORTHERN** | |
| OHN 5 09-2204 | Maris Leavitt v. Bayer Corp., et al. |
| **OHIO SOUTHERN** | |
| OHS 2 09-825 | Jennifer A. Fry v. Bayer Corp., et al. |
| OHS 3 09-366 | Stacy Mills v. Bayer Corp., et al. |
| OHS 3 09-367 | Aisha Traylor v. Bayer Corp., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 09-4567 | Philadelphia Firefighters Union Local No. 22 Health & Welfare Fund, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |